JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| AARON KOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and DOES 1 TO 10, inclusive,<br><br>    Defendants. | CASE NO. 2:21-cv-05932-RGK-PD<br><br>Judge: R. GARY KLAUSNER<br>Courtroom: 850<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [34]<br><br>Case Filed: July 22, 2021<br>State Court Action Filed: May 25, 2021 |

On June 6, 2022, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein against Target Corporation, with prejudice, to the Court. Accordingly, this action and all claims herein against Target Corporation are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

**The 6/6/22 Scheduling Conference was taken off-calendar. Hearing was not held.**

**IT IS SO ORDERED.**

Dated: __6/6/2022__, 2022    _/s/ Gary Klausner_
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION